# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MADALINE S. KEROS, ET AL., ) | |
|     Plaintiffs ) | |
| ) | CIVIL ACTION |
| v. ) | NO. 3:12-cv-11294-MAP |
| ) | |
| MASSACHUSETTS MUTUAL LIFE ) | |
|  INSURANCE COMPANY, ET AL., ) | |
|     Defendants ) | |

## JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ]   **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X]   **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered for the defendants Massachusetts Mutual Life Insurance Company, et al, against the plaintiffs Madaline S. Keros, et al., pursuant to the court's memorandum and order entered this date, granting the defendants motion to dismiss.

                                   **ROBERT M. FARRELL**,
                                   ACTING CLERK OF COURT

Dated: August 5, 2013           /s/ *Maurice G. Lindsay*
                                     Maurice G. Lindsay
                                       Deputy Clerk

(Civil Judgment (Routine) 7.wpd - 11/98)
      [jgm.]